IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PATRICK DUNN AND HOPE ELLY**                                  **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.  1:16-CV-416 LG-RHW**

**BOYD BILOXI, LLC AND BOYD**
**GAMING CORPORATION**                                        **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all parties to this action hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, if any.   The parties further stipulate that this Court retains jurisdiction to enforce any settlement agreement that will be retained by counsel.

RESPECTFULLY SUBMITTED, this 14th day of July, 2017.

| | |
|---|---|
| PLAINTIFFS,<br>PATRICK DUNN<br>AND HOPE ELLY<br>By  their Attorneys,<br><br>By: /s/*Bradley D. McAdory*<br>Bradley D. McAdory, Esq.<br>L. Landis Sexton, Esq.<br>Tracy Birdsong, Esq.<br>The ADA Group, LLC<br>4001 Carmichael Road, Suite 570<br>Montgomery, AL 36116<br>Telephone:  (334) 819-4030<br>Facsimile:  (334) 819-4032<br>Email:  BDM@ADA-Firm.com | DEFENDANTS,<br>BOYD BILOXI, LLC AND BOYD GAMING CORPORATION<br>By its Attorneys,<br><br>JONES WALKER LLP<br>By: /s/*Lindsay Thomas Dowdle*<br>Lindsay Thomas Dowdle (MSB #102873)<br>Joseph L. Adams (MSB #10591)<br>Jones Walker LLP<br>P. O. Box 427<br>Jackson, MS  39205-0427<br>Telephone:  (601) 949-4900<br>Facsimile: (601) 949-4804<br>Email:  jojoadams@joneswalker.com<br>         ldowdle@joneswalker.com |

{JX269928.1}